IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § | NO: 6:22CR115 |
| JAMES MONTE MONTGOMERY | § § § | |

## FACTUAL BASIS

Investigation by the Federal Bureau of Investigation (FBI) and the Texas Department of Public Safety (Texas DPS), disclosed the following facts that establish that I, the defendant, James Monte Montgomery, violated 18 U.S.C. § 1470. I accept the following factual basis as true and correct:

1. Between June 1, 2020 and June 3, 2021, in the Eastern District of Texas, I knowingly transferred obscene materials to a minor.

2. On or about June 1, 2020, I began communicating via cellular telephone text messages with an individual named "Ava" that I believed to be less than 15 years old. I found Ava's contact information through an Internet-based social media application. During my text message conversation with Ava over the next week, I offered to pay Ava if she would meet me and have sex with me.

3. I continued to communicate with Ava via text messages over the following months in an effort to meet her and pay her to have sex with me.

4. I understand that obscenity can manifest itself in the written and oral description of sexual conduct between an adult and a minor.

5. On June 2, 2020, I sent obscene materials to Ava by of text message. Specifically, I described explicit sexual acts that I wanted to perform on Ava, including bondage and role play.

6. On October 6, 2020, I sent obscene materials to Ava by way of text message. Specifically, I described explicit sexual acts that I wanted to perform on Ava, including oral sex.

7. On March 3, 2021, I sent obscene material to Ava again describing explicit sexual acts that I wanted to perform on her, including oral sex, mutual masturbation, and specific sexual positions.

8. The obscene materials I sent to Ava described hardcore sexual activity involving me and a 15-year-old girl. These materials were sent only to appeal to the prurient interest and with the intention of enticing a minor to engage in sexual intercourse with me. The text messages I sent to Ava on June 2, 2020; October 6, 2020; and March 3, 2021 were patently offensive representations and descriptions of illegal sexual acts, specifically, sexual conduct between an adult and a minor.

9. I believed the individual to whom I sent obscene materials was 15 years old when I sent those materials.

10. I acknowledge that at the time of the transfer of the obscene material I knew the general obscene nature of the contents of the matter that I transferred.

11. I used a computer to attempt to persuade, induce, entice, and coerce the minor to engage in prohibited sexual conduct.

12. I admit that the Internet and cellular communications are both means and facilities of interstate and foreign commerce.

13. I acknowledge that these acts constitute violations of 18 U.S.C. § 1470 (Transfer of Obscene Material to Minors).

### SIGNATURE AND ACKNOWLEDGMENT BY DEFENDANT JAMES MONTE MONTGOMERY

I hereby stipulate that the facts described above are true and correct and accept them as the uncontroverted facts of this case.

Dated: 8-12-22

JAMES MONTE MONTGOMERY
Defendant

### DEFENDANT'S COUNSEL'S SIGNATURE AND ACKNOWLEDGMENT

I have read this Factual Basis and the Plea Agreement in this matter and have reviewed them with my client, James Monte Montgomery. Based upon my discussions with my client, I am satisfied that he understands the terms and effects of the Factual Basis and the Plea Agreement and that he is signing this Factual Basis voluntarily.

Dated: 8-25-2022

BRETT HARRISON
Attorney for Defendant